UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LION PETROLEUM OF MISSOURI, INC., | ) | |
| Plaintiff/Counterclaim Defendant, | ) ) ) | |
| vs. | ) ) | Case No. 4:06CV00698 AGF |
| MILLENNIUM SUPER STOP, LLC, CONSOLIDATED ENERGY CO., LLC, RAY PERRIN, and SYLVESTER HOLMES, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

In light of the Memorandum of Dismissal filed by Plaintiff on January 31, 2007, dismissing with prejudice all claims against Defendant Consolidated Energy Co., and dismissing with prejudice Plaintiff's trademark infringement claims (Counts I and III) in this case as to all parties,

**IT IS HEREBY ORDERED** that Plaintiff's unopposed motion (Doc. #38) for vacation of this Court's Order (Doc. #37) requiring Plaintiff to join ConocoPhillips Co. as a party is **GRANTED**, and that Order (Doc. #37) is hereby vacated.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　AUDREY G. FLEISSIG
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated this 1st day of February, 2007