UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LION PETROLEUM OF MISSOURI, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 4:06CV00698 AGF ) |
| MILLENNIUM SUPER STOP, LLC, et al., | ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendants' Motion for Extension of Time to Complete Mediation and To Designate Expert Witnesses [Doc. #49], filed on April 30, 2007. Defendants' motion is based upon the continued health problems of Defendant Ray Perrin, the co-owner of Millennium. Plaintiff has opposed this motion. Upon review of the motion, and for good cause shown,

**IT IS HEREBY ORDERED** that Defendants' Motion for Extension of Time to Complete Mediation and To Designate Expert Witnesses [Doc. #49] is **Granted in part and Denied in part**, as follows:

a. The parties shall have sixty (60) additional days, to and including July 2, 2007, to complete the mediation conference. However, no less than twenty (20) days from the date of this Order, Defendants shall contact Plaintiff and shall finalize the date for the mediation conference.

b.  Defendants shall have thirty (30) additional days, to and including June 15, 2007, to disclose their expert witnesses, and shall make their expert witnesses available for depositions, and have the depositions completed, by July 16, 2007.

c.  In the event Defendants seek to further extend these or other deadlines in the Case Management Order based on Mr. Perrin's health, they must supply the Court with supporting medical documentation, including a letter from Defendant's treating physician, together with a summary of Defendant's typical weekly activities, which documentation may be provided ex parte, and under seal.

_/s/ Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of May, 2007.