UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LION PETROLEUM OF MISSOURI, INC., | ) |
| | ) |
|     Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| vs. | )   Case No. 4:06CV0698 AGF |
| | ) |
| MILLENNIUM SUPER STOP, LLC; | ) |
| RAY PERRIN; SYLVESTER HOLMES; and | ) |
| MILLENNIUM SUPER STOP II, LLC, | ) |
| | ) |
|     Defendants/Counterclaim Plaintiffs, | ) |

## **ORDER**

Based on the representations of counsel at the hearing on outstanding motions, and Defendant not having advised the Court of continuing issues by the date set therefor,

**IT IS HEREBY ORDERED** that Defendant's motion to compel discovery [Doc. #119] is **DENIED** as moot.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of August, 2008