UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LION PETROLEUM OF MISSOURI, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV00698AGF |
| | ) | |
| MILLENNIUM SUPER STOP, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the Request of Defendant Sylvester Holmes for Self Representation [Doc. #166].

**IT IS HEREBY ORDERED** that said request is **GRANTED**.

Dated this 12th day of September, 2008.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE